JAMES IVORY, CRYSTAL LOMBARD, ET AL

VERSUS

TRAVELERS PROPERTY AND CASUALTY
COMPANY, ET AL

NO. 24-C-355

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

September 23, 2024

Linda Wiseman
First Deputy Clerk

IN RE TRAVELERS PROPERTY AND CASUALTY COMPANY

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE SHAYNA BEEVERS MORVANT, DIVISION "M", NUMBER 807-692

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

In this case arising from an automobile rear-end collision on July 5, 2019, defendant Travelers Property and Casualty Company seeks supervisory review of a judgment of the trial court granting a partial motion for summary judgment in favor of plaintiffs declaring the insurance policy provided by Travelers to plaintiff James Ivory does provide uninsured / underinsured motorist ("UM/UIM") coverage.

In its writ application, Travelers argues that summary judgment should not have been granted because there exists a genuine issue of material fact as to whether Mr. Ivory signed a valid form rejecting UM/UIM coverage. Travelers also argues that the trial court erred in its application of Tennessee law on UM/UIM coverage. (It is undisputed by parties that Tennessee law applies to this policy which was issued in Tennessee.)

Appellate courts review summary judgments *de novo* using the same criteria that govern the trial court's determination of whether summary judgment is appropriate. *In re Succession of O'Krepki*, 16-50 (La. App. 5 Cir. 5/26/16, 5), 193 So.3d 574, 577. A motion for summary judgment should be granted if, after an adequate opportunity for discovery, the motion, memorandum, and supporting documents show that there is no genuine issue as to material fact and that the mover is entitled to judgment as a matter of law. La. C.C.P. art. 966(A)(3). A material fact is one that potentially insures or prevents recovery, affects a litigant's ultimate success, or determines the outcome of the lawsuit. *Mealey v. Lopez*, 16-77 (La. App. 5 Cir. 5/26/16), 193 So.3d 539, 542. An issue is genuine if it is such that reasonable persons could disagree; if only one conclusion could be reached by

24-C-355                                          1

reasonable persons, summary judgment is appropriate as there is no need for a trial on the issue. *Id.*

Whether Mr. Ivory signed a valid UM rejection is clearly a material fact; however, under the facts of this case, it is not a genuine one because the policy numbers on the UM rejection forms from 2014 and 2016 attached by Travelers opposition to the motion for summary judgment do not match the number of the policy in effect at the time of the accident in 2019 under which plaintiff seeks coverage. In other words, Travelers has provided no evidence of a UM rejection form (valid or otherwise) applicable to the policy at issue.

Travelers' argument that such a rejection form is unnecessary in Tennessee is not supported by Tennessee law. *See* Tenn. Code Ann. § 56-7-1201 (mandating UM coverage for all automobile policies delivered in the state unless rejected in writing by the named insured.)

On *de novo* review, we agree with the trial court that there is no genuine issue of material fact, and we find no legal error in the trial court's application of Tennessee law. This writ is denied.

Gretna, Louisiana, this 23rd day of September, 2024.

**TSM**
**MEJ**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **09/23/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-355**

### E-NOTIFIED
 24th Judicial District Court (Clerk)
 Honorable Shayna Beevers Morvant (DISTRICT JUDGE)
 Honorable John E. LeBlanc (DISTRICT JUDGE)
Lance E. Harwell (Relator)                    Thomas J. Eppling (Relator)

### MAILED
David D. Bravo (Respondent)                   Scott A. Cannon (Respondent)
Attorney at Law                               Attorney at Law
1100 Poydras Street                           122 Village Street
Suite 2601                                    Slidell, LA 70458
New Orleans, LA 70163